To: Judge Thomas Rose

From: Tracel Leavelle
4841 Livingstone Avenue
Trotwood, Ohio 45426
tracelleavelle@yahoo.com
937-469-3422

July, 10, 2024

Hello,

My name is Tracel Leavelle. I am a teacher, nurse, and friend to Sonequa McGraw. I have known Sonqeua for over 23 years. We went to Patterson High School together and we cherished many memories over the years. My interactions with Sonequa have always been positive. She is a sweet person. She is always checking in with me to make sure I'm doing good.

I am writing this letter on behalf of my friend, Sonequa. She is kind, helpful, and trustworthy. She is the friend that will support you to the end. She is determined and loving. Sonequa loves her kids and family so much. She is a productive citizen that strives to put her best foot forward in the community. She is so full of life, even while managing chronic health conditions. She gives so much of herself. Sometimes she forgets to make sure her cup is fulled.

Sonequa is invested in helping her community. She supports small businesses and gives selflessly. She never meets a stranger. She is always willing to go the extra mile to provide adequate assistance. Please take my words into consideration when reviewing Sonequa McGraw's case. She would never want to jeopardize losing her kids or livelihood due to the acts of another person.

I can confirm in all the time of knowing Sonequa McGraw, she has been reliable, caring, and thoughtful. I hope you will be able to give her a second chance to learn from this experience to make better decisions with the company she keeps. Thank you for your time.

Sincerely,

Tracel Leavelle MA, BSN, RN